| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Lili M. Harrell | | REPORTER/FTR FTR 11:08am - 11:26am | | |
| MAGISTRATE JUDGE Elizabeth D. Laporte | | DATE June 26, 2007 | | NEW CASE ☐ | CASE NUMBER CR07-0332 -02 EDL | |

**APPEARANCES**

| DEFENDANT Jose Manuel Hernandez Carmona | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Suzanne Luban | | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Derek Owens | | INTERPRETER Fanny Sanchez - Spanish | | FIN. AFFT ☐ SUBMITTED | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)**

| ☐ INITIAL APPEAR time | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☐ STATUS time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or S/R time | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVAL HRG time | ☒ CHANGE PLEA time 18 min | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH    $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED  ☐ RELEASED  ☐ ORDER DETENTION HEARING  ☐ REMANDED TO CUSTODY | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | |

*FILED*
*JUN 2 6 2007*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**PLEA**

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☒ One |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGN- MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Court accepts te request for summary sentencing and the recommendation as set forth in the Plea Agreement. Defendant is sentenced: 3 years unsupervised robation with special conditions; Joint and several restitution payment of $7,672.60; $10 special asssessment.
*Should defendant return to the U.S. legally, he should contact his counsel to be directed to U.S. Probation.