1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Avenue #4
3  Oakland, California 94610
   Phone: 510/832-3555
4

5  Attorney for Defendant
   JOSE HERNANDEZ CARMONA
6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      (San Francisco)
9

10

11  UNITED STATES OF AMERICA,        )    Case No. 3-07-70279 EDL
                                     )
12              Plaintiff,           )    DEFENDANT'S REQUEST FOR
                                     )    OF IMMEDIATE VOLUNTARY
13       vs.                         )    DEPARTURE OR FOR OSC
                                     )    AND PROPOSED ORDER
14  JOSE HERNANDEZ CARMONA,          )
    and ANDRES RINCON HERNANDEZ      )
15                                   )    Date: July TBA, 2007
                                     )    Time: 11:00 a.m.
16              Defendants.          )    Judge: Hon. Elizabeth D. Laporte
    _____)
17

18       On June 28, 2007, this Court sentenced both defendants to unsupervised

19  probation.  The defendants were in custody, as a result of the immigration hold

20  imposed by Immigration and Customs Enforcement (ICE), an arm of the Justice

21  Department.  This Court issued a judgment order that same day, and it was promptly

22  served on the U.S. Marshal.  Counsel for Jose Hernandez Carmona contacted the jail

23  twice over the past two weeks, and was told each time that Mr. Herndanez Carmona

24  is still in custody at the Glenn Dyer Jail on Oakland, on an immigration hold.

25       At the hearing, the parties and this Court agreed with the need to expedite the

26  processing of the judgment order and ICE's deportation proceedings, to prevent

27  unnecessary incarceration of these two probationers.

28       It is simply inexcusable that the Justice Department's immigration agency has

                                     1

1  failed to take over custody of these two young men, and promptly return them to

2  Mexico.  They have spent four additional weeks in custody for no reason other than

3  the agency's failure to move forward on the detainers.  It is requested that this Court

4  order ICE to take the defendants into ICE custody immediately, and as a sanction for

5  the inexcusable delay, to deliver both men to the Mexican border within 24 hours of

6  the issuance of this Court's order for a "voluntary departure."

7      In the alternative, the defendants request that this Court issue an order to show

8  cause forthwith and that this matter be placed in the Court's calendar for a hearing

9  for the government to show cause why sanctions should not be imposed and the ICE

10 detainer ordered dissolved.

11     Assistant Federal Public Defender Daniel Blank has advised the undersigned

12 that he wishes to join in this request on behalf of his client Andres Rincon

13 Hernandez.

14 Dated: July 23, 2007                    Respectfully submitted,

15

16
                                         _____
                                         SUZANNE A. LUBAN
17 _____  Attorney for Jose Hernandez Carmona

18

19

20

21

22

23

24

25

26

27

28

SUZANNE A. LUBAN
Attorney At Law
State Bar No. 120629
3758 Grand Avenue #4
Oakland, California 94610
Phone: 510/832-3555

Attorney for Defendant
JOSE HERNANDEZ CARMONA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3-07-70279 EDL |
| | ) | (San Francisco) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | TO SHOW CAUSE |
| JOSE HERNANDEZ CARMONA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Elizabeth D. Laporte |

For good cause shown, IT IS HEREBY ORDERED that:

1.  The Immigration and Customs Enforcement (ICE) shall take custody of Jose Hernandez Carmona and Andres Rincon Hernandez forthwith and transport them to the Mexican Border within 24 hours of the issuance of this Order on a voluntary departure; or

2.  The Immigration and Customs Enforcement (ICE) and the U.S. Attorney shall appear before this Court on July __, 2007 at 11:00 a.m. and show cause why sanctions should not be imposed for their four-week delay in removing these two probationers from this country.

IT IS SO ORDERED.

Dated: _____, 2007

_____
ELZABETH D. LAPORTE
U.S. Magistrate Judge

3